IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMAR HENDERSON, #07643-043                                                       PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:07cv103-DCB-MTP

UNITED STATES OF AMERICA
AND CONSTANCE REESE                                                              RESPONDENTS

ORDER

This matter is before the court on petitioner's response/amended writ of habeas corpus [10] filed January 3, 2008, requesting habeas relief pursuant to 28 U.S.C. § 2241.  Petitioner is an inmate of the Federal Bureau of Prisons currently incarcerated at the F.C.I.-Yazoo, Yazoo City, Mississippi.  Upon review of the petition [10] and memorandum in support [11], it is, hereby,

ORDERED AND ADJUDGED:

1. That the United States of America be dismissed as a respondent in this § 2241 habeas petition.  The petitioner did not name the United States as a respondent in his amended habeas and therefore, this court finds that he has voluntarily dismissed the United States as a respondent.

2. That the respondent, Constance Reese, file an answer in this cause within 20 days of the service of a copy of this order.

3. That the United States District Clerk is hereby directed to issue summons to **Constance Reese,** Warden, FCI - Yazoo City, P.O. Box 5050, Yazoo City, Mississippi 39194.

4. That the clerk of this court shall serve, *by certified mail*, a copy of the summons, a copy of the amended petition [10] filed herein, a copy of the memorandum [11] and a copy of this order upon **Renee Yancey, Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; **Attorney General of the United States**, at 10th Street & Constitution Avenue, Washington,

D.C. 20530; and **Constance Reese,** Warden, FCI - Yazoo, P.O. Box 5050, Yazoo City, Mississippi 39194.

    5.  That the clerk of this court shall also serve a copy of this order upon **petitioner** by mailing same to petitioner's last known address.

    SO ORDERED, this the   15th   day of January, 2008.

                                        s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE